IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TRAVIS R. EARL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 6:17-cv-00303-GFVT |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Travis R. Earl, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

Respectfully submitted this 12th day of March, 2018.

                                                    HEMMINGER LAW OFFICE, PSC

                                                   /s/ *David W. Hemminger*
                                                   David W. Hemminger
                                                   HEMMINGER LAW OFFICE, P.S.C.
                                                   616 S. Fifth Street
                                                   Louisville, KY 40202
                                                   *Attorney for Plaintiff Travis R. Earl*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kendall Carter
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309

William R. Brown
Schuckit & Associates, PC - Zionsville
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Fax: 317-363-2257
Email: wbrown@schuckitlaw.com

Jeffrey Steven Moad
Neal Forrest Bailen
Stites & Harbison, PLLC - Louisville
400 W. Market Street
Suite 1800
Louisville, KY 40202
502-587-3400
Fax: 502-587-3691
Email: jmoad@stites.com
Email: nbailen@stites.com

Dustin M. Koenig
Jones Day - Columbus
325 John H. McConnell Boulevard
Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
614-281-3972
Fax: 614-461-4198
Email: dkoenig@jonesday.com

Margaret Jane Brannon
Jackson Kelly PLLC - LEXINGTON
175 E. Main Street
Suite 500

P.O. Box 2150
Lexington, KY 40588-2150
859.288.2805
Fax: 859.288.2849
Email: mjbrannon@jacksonkelly.com

                                    */s/ David W. Hemminger*
                                    David W. Hemminger