UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TRAVIS R. EARL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:17-cv-00303-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. d/b/a | ) | **ORDER** |
| WELLS FARGO DEALER SERVICES, | ) | |
| LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

*** *** *** ***

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 30.] The parties being in agreement, and the Court being sufficiently advised, it is hereby

**ORDERED** that all claims in this matter by Plaintiff Travis R Earl against Defendant Trans Union, LLC, shall be, and hereby are, **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.

This the 6th day of August, 2018.

Gregory F. Van Tatenhove
United States District Judge